150 A.3d 404

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. WILLIAM NEWBILL, DEFENDANT-PETITIONER.

JULY 11, 2016

PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–4298/5606–12 and A–329–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.